**Glendon ROSS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49249.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1994.

Glendon Ross, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and BERREY and
SMART, JJ.

***ORDER***

PER CURIAM:

Appeal from dismissal of petition for relief from conviction entered after guilty plea.

Judgment of dismissal is affirmed. Rule 84.16(b).